## Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
1.212.735.2491
EMAIL ADDRESS
EVAN.KREINER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS

August

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**   8/30/23

Plaintiff's September 5, 2023 deadline to publicly file the agreement Plaintiff alleges Defendant breached, (Doc. 28-1), is hereby stayed sine die. Plaintiff is still to file unredacted versions of the complaint and the briefing on Defendant's motion to dismiss by September 5, 2023.

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: *Sabre Global Technologies Limited v. Hawaiian Airlines, Inc.*, Case No. 1:22-cv-7395-VSB

Dear Judge Broderick:

We represent Plaintiff Sabre Global Technologies Limited ("Sabre") in this breach of contract action against Defendant Hawaiian Airlines, Inc. ("Hawaiian"). Sabre plans to move for reconsideration of a portion of the Court's order denying Sabre's motions to seal and requiring that Sabre publicly file, by September 5, 2023, unredacted versions of the complaint, all briefing associated with Hawaiian's motion to dismiss, and the agreement that Sabre alleges Hawaiian breached (and which Hawaiian attached in full as an exhibit to its motion to dismiss). (ECF No. 43.) To be clear, Sabre intends to seek reconsideration of the order *solely* as it relates to publicly filing the agreement without redacting certain highly confidential portions not at issue in the motion to dismiss. (ECF No. 28-1 (full agreement provisionally filed under seal).) Sabre will not seek reconsideration of the order insofar as it requires Sabre to publicly file unredacted versions of the complaint and the briefing on Hawaiian's motion to dismiss.

Hon. Vernon S. Broderick
August 29, 2023
Page 2

       To provide time for the Court to rule on Sabre's forthcoming motion for reconsideration, Sabre respectfully requests that the Court stay the sealing order only insofar as it requires Sabre to publicly file an unredacted version of the agreement by September 5, 2023.  Most significantly, because the public will have access to unredacted versions of the complaint and motion to dismiss briefing, such a stay will not impede public scrutiny of the motion to dismiss.  Moreover, as will be set forth in further detail in the motion for reconsideration, Sabre respectfully submits that the proper standard for assessing Sabre's claims concerning portions of the agreement not at issue in the motion to dismiss is merely "a prediction of public access," *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 121 (2d Cir. 2006); (*see also* ECF No. 32, at 5 (noting public's "limited interest")), not "the strongest presumption of public access" (ECF No. 43, at 5), and that Sabre satisfied this standard.  Last, disclosure to other airlines and Sabre's distribution competitors of highly confidential terms in Sabre's agreement with Hawaiian will irreparably injure Sabre by putting it at an unfair disadvantage in future negotiations with airlines.

       We thank the Court for its consideration of this request.

       Respectfully submitted,

/s/ *Evan Kreiner*
Evan R. Kreiner
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
evan.kreiner@skadden.com

Steven C. Sunshine
Tara L. Reinhart (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: (202) 371-7860
steve.sunshine@skadden.com
tara.reinhart@skadden.com

*Counsel for Sabre Global Technologies Limited*