SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH

DIRECT DIAL
1.212.735.2491
EMAIL ADDRESS
EVAN.KREINER@SKADDEN.COM

October 31, 2023

**SO ORDERED:**

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

The stay in this case, including the deadline for Sabre to file its motion for partial reconsideration of the Court's sealing order, is hereby extended until December 7, 2023.

Dated: November 1, 2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: *Sabre Global Technologies Limited v. Hawaiian Airlines, Inc.*, Case No. 1:22-cv-7395-VSB

Dear Judge Broderick:

We represent Plaintiff Sabre Global Technologies Limited ("Sabre") in this breach of contract action against Defendant Hawaiian Airlines, Inc. ("Hawaiian"). We write jointly with Hawaiian to inform the Court that the parties continue to be engaged in productive discussions to settle this action, which they expect to resolve in the coming weeks, though not until after the current stay expires on November 6, 2023 (*see* ECF No. 47). Accordingly, the parties jointly request that the stay of this action—including the stay of the deadline for Sabre to file its motion for partial reconsideration of the Court's sealing order (*see id.*)—be extended for thirty (30) days in order to conserve the parties' and judicial resources, and allow the parties sufficient time to reach a settlement.

We thank the Court for its consideration of this request.

Hon. Vernon S. Broderick
October 31, 2023
Page 2

                              Respectfully submitted,

/s/ *Evan Kreiner*
Evan R. Kreiner
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
evan.kreiner@skadden.com

Steven C. Sunshine
Tara L. Reinhart (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: (202) 371-7860
steve.sunshine@skadden.com
tara.reinhart@skadden.com

*Counsel for Sabre Global Technologies Limited*

cc: Counsel for Hawaiian Airlines, Inc., via ECF