# Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
1.212.735.2491
EMAIL ADDRESS
EVAN.KREINER@SKADDEN.COM

December 1, 2023

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**   12/4/2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:  *Sabre Global Technologies Limited v. Hawaiian Airlines, Inc.*, Case No. 1:22-cv-7395-VSB

Dear Judge Broderick:

We represent Plaintiff Sabre Global Technologies Limited ("Sabre") in this breach of contract action against Defendant Hawaiian Airlines, Inc. ("Hawaiian"). We write jointly with Hawaiian to inform the Court that the parties continue to be engaged in productive discussions to settle this action, which the parties expect to resolve in connection with the renewal of their Distribution Services Agreement. Although the parties are actively negotiating this renewal and are confident they will reach an agreement, given the complexity of the parties' broader commercial relationship, they will be unable to complete these commercial negotiations before the current stay expires on December 7, 2023 (*see* ECF No. 53). Accordingly, the parties jointly request that the stay of this action—including the stay of the deadline for Sabre to file its motion for partial reconsideration of the Court's sealing order (*see id.*)—be extended until January 31, 2024.

We thank the Court for its consideration of this request.

Hon. Vernon S. Broderick
December 1, 2023
Page 2

                                    Respectfully submitted,

                                    /s/ *Evan Kreiner*
                                    Evan R. Kreiner
                                    SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM LLP
                                    One Manhattan West
                                    New York, NY 10001
                                    Phone: (212) 735-3000
                                    evan.kreiner@skadden.com

                                    Steven C. Sunshine
                                    Tara L. Reinhart (*pro hac vice*)
                                    SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM LLP
                                    1440 New York Avenue, N.W.
                                    Washington, DC 20005
                                    Phone: (202) 371-7860
                                    steve.sunshine@skadden.com
                                    tara.reinhart@skadden.com

                                    *Counsel for Sabre Global Technologies Limited*

cc: Counsel for Hawaiian Airlines, Inc., via ECF